# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SCOTT HINTZ and**<br>**JS OF GEORGIA, INC.**, a Delaware Corporation and its successors and assigns,<br>**PT HOLDINGS, GROUP I, INC.**, a Delaware corporation and its successors and assigns,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**GEROVA FINANCIAL GROUP, LTD.;**<br>**JOSEPH BIANCO; GARY HIRST; JASON GALANIS; ROBERT WILLISON; GEROVA HOLDINGS, LTD.; NET FIVE HOLDINGS, LLC; NET FIVE GROUP, LLC; FUND.COM, INC; EQUITIES MEDIA ACQUISITION CORP. INC.; PLANET FIVE DEVELOPMENT GROUP, LLC; PLANET FIVE AT GEROVA, LLC; PAUL ROHAN; NOBLE INVESTMENT FUND, LTD.; GREGORY LAUBACH; GEROVA REAL ESTATE GROUP, LLC; ERIC HALTER; DAVID ZORN; JOHN DOE; AND JOHN DOE COMPANY,**<br><br>    **Defendants.** | **CIVIL ACTION**<br>**FILE NO.**<br>**1:11-cv-00265-JOF** |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs, named above, by and through the undersigned attorney, and, as of right, pursuant to Local Rule 41.1, hereby dismisses this action

WITHOUT prejudice.  Plaintiffs assert claims are valid and have exerted their rights to voluntarily dismiss this action without prejudice due to the very recent activity of one or more Defendants.  Plaintiffs will examine the new evidence and new claims in consideration of future actions.  Petitioners have decided this strategic decision to dismiss this action, without prejudice, is necessary to consider the new evidence and each option now available to the Petitioners.  The Clerk of Court is hereby requested and authorized to mark this action as DISMISSED WITHOUT PREJUDICE.

      Respectfully submitted, this 11th day of May, 2011.

|  |  |
|---|---|
|  | s/Bryan J. Rush_____ |
|  | Bryan J. Rush |
| BELLI, WEIL, GROZBEAN & DAVIS | Georgia State Bar No.: 201097 |
| 8010 Roswell Road, Suite 200 | Douglas J. Davis |
| Atlanta, Georgia 30350 | Georgia State Bar No.: 207950 |
| Telephone No.: (770) 993-3300 | Attorneys for Plaintiffs |
| Facsimile No.: (770) 552-0100 |  |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing *VOLUNTARY DISMISSAL WITHOUT PREJUDICE* upon all other parties in this action through the District Court's electronic case filing system and by U.S. mail as follows:

>Steven J. Estep, Esq.
>COHEN, COOPER, ESTEP & ALLEN
>3330 Cumberland Boulevard, Suite 600
>Atlanta, GA 30339

Submitted this 11th day of May, 2011.

|  |  |
|---|---|
|  | s/Bryan J. Rush_____ |
|  | Bryan J. Rush |
| BELLI, WEIL, GROZBEAN & DAVIS | Georgia State Bar No.: 201097 |
| 8010 Roswell Road, Suite 200 | Douglas J. Davis |
| Atlanta, Georgia 30350 | Georgia State Bar No.: 207950 |
| Telephone No.: (770) 993-3300 | Attorneys for Plaintiffs |
| Facsimile No.: (770) 552-0100 |  |